UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JOSHUA RAY WILLIAMS,

                          Plaintiff,

        v.                                              **ORDER**
                                                        05-CV-366S

DAVID STRONG, ET AL.,

                          Defendants.


On December 21, 2006, Defendants filed a Motion to Dismiss.  (Docket No. 23.)
This Court directed Plaintiff to file a response to Defendants' motion on or before January
31, 2007.  (Docket No. 24.)  Plaintiff failed to do so.  Thereafter, on May 4, 2007, this Court
*sua sponte* extended Plaintiff's response deadline to May 21, 2007.  Plaintiff has again
failed to file his response.


IT HEREBY IS ORDERED, that Plaintiff shall file with the Clerk of the Court and
serve a response to Defendants' Motion to Dismiss (Docket No. 23) on or before Tuesday,
July 31, 2007.

FURTHER, that Defendants shall file with the Clerk of the Court and serve any reply
thereto on or before Tuesday, August 14, 2007.

FURTHER, that Plaintiff's failure to file and serve a response to Defendants' motion
as directed may result in this Court granting Defendants' motion as uncontested pursuant to
Local Rule 7.1(e) or dismissing Plaintiff's case for failure to prosecute.

FURTHER, that this is Plaintiff's <u>final extension</u>.

SO ORDERED.

Dated:   July 6, 2007
            Buffalo, New York

<u>/s/William M. Skretny</u>
WILLIAM M. SKRETNY
United States District Judge